Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM G. and MARISSA J. KRAUS; MATTHEW AND LEAH COWEN; RALPH & FRANCES CASTELLI, as Co-Trustees under THE CASTELLI FAMILY TRUST; RICHARD & DEBRA MENCHEL; RICHARD & MARY D. NUNES as Trustees of the NUNES LIVING TRUST; THOMAS i. & HEIDI A. SHELTON; RICHARD M. LUND AND NANCY S. LUND, Trustees of the LUND FAMILY TRUST, DATED MARCH 15, 2001; NICK TRAN AND CHI PHAM; MICHAEL L. VERY; ATAM P. AND MARGO G. LALCHANDANI, as Co-Trustees under THE LALCHANDANI FAMILY TRUST AGREEMENT DATED JULY 24, 1992; CHARLES E. & CAROL J. FAGEN as Trustees of the FAGEN LIVING TRUST; OWEN C. KOCHINSKI, individually, as husband and wife, and trustees<br><br>Plaintiffs,<br><br>v.<br><br>LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES,<br><br>Defendants. | Case No.: 3:18-cv-00120- RCJ-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

Defendants LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES ("Defendants"), and Plaintiffs, by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint (ECF 1) **to May 11, 2018**. This is Defendants' first stipulation for an extension of time to file a responsive pleading to Plaintiffs' Complaint, which was due on March 22, 2018.

Good cause exists for the stipulation because one of the plaintiffs to the action has not completed the pre-litigation requirements of NRS 40.600 *et seq*. The requested extension will allow the parties to complete the pre-litigation procedures before Defendants file a responsive pleading.

By entering into this stipulation, Plaintiffs do not agree that this Court has subject matter jurisdiction over this action. Plaintiffs intend to file a motion to remand this case to state court.

DATED: March 26, 2018      PAYNE & FEARS LLP

By:     */s/ Sarah J. Odia*
GREGORY H. KING
SARAH J. ODIA
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300

Attorneys for Defendants
LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES

DATED: March 26, 2017      MADDOX, SEGERBLOM AND CANEPA, LLP

By     */s/ Eva G. Segerblom*
EVA G. SEGERBLOM
ARDEA G. CANEPA-RATOLI
10403 Double R. Blvd.
Reno, Nevada 89521
Telephone: (775) 322-3666

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2018.