Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM G. and MARISSA J. KRAUS; MATTHEW AND LEAH COWEN; RALPH & FRANCES CASTELLI, as Co-Trustees under THE CASTELLI FAMILY TRUST; RICHARD & DEBRA MENCHEL; RICHARD & MARY D. NUNES as Trustees of the NUNES LIVING TRUST; THOMAS I. & HEIDI A. SHELTON; RICHARD M. LUND AND NANCY S. LUND, Trustees of the LUND FAMILY TRUST, DATED MARCH IS, 2002; NICK TRAN AND CHI PHAM; MICHAEL L. VERA; ATAM P. AND MARGO G. LALCHANDANI, as Co-Trustees under THE LALCHANDANI FAMILY TRUST AGREEMENT DATED JULY 24, 1992; CHARLES E. & CAROL J. FAGEN as Trustees of the FAGEN LIVING TRUST; OWEN C. KOCHINSKI, individually, as husband and wife, and trustees<br><br>        Plaintiffs,<br><br>  v.<br><br>LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES,<br><br>        Defendants. | **CASE NO.: 3:18-cv-00120-MMD-WGC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION** |

Plaintiffs and Defendants Lennar Reno, LLC and Lennar Reno, LLC dba Lennar Homes ("Lennar") (Plaintiffs and Lennar collectively referred to herein as, "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

## **RECITALS**

A. Plaintiffs or their predecessors in interest, entered into purchase and sale agreements ("PSAs") with Lennar to purchase certain residences located in the Casa Bella at Damonte Ranch development in Reno, Nevada that are the subject of this action ("Subject Properties").

B. Lennar alleges that the PSAs set forth certain dispute-resolution procedures and requirements, including a requirement for claims regarding the Subject Properties to proceed to binding arbitration.

C. On or around November 1, 2016, Plaintiffs began forwarding notices of constructional defects to Lennar regarding the Subject Properties. On February 8, 2018, Plaintiffs filed a complaint against Lennar entitled *Kraus, et al., v. Lennar Reno LLC, et al.,* Washoe County, case no.: CV18-0027.

D. Lennar removed the *Kraus, et al., v. Lennar Reno LLC, et al.* action to the U.S. District Court in and for the District of Nevada, on March 15, 2018, and it was assigned case number 3:18-cv-00120-MMD-WGC (the "Litigation"). Plaintiffs thereafter filed a motion to remand the Litigation to state court on April 10, 2018. (ECF No. 7). Lennar opposed Plaintiffs' motion to remand on April 24, 2018. (ECF No. 10). The Court denied the Motion. (ECF No. 23)

E. On multiple occasions, Lennar demanded that the Plaintiffs arbitrate their claims regarding the Subject Properties.

F. After extensive meeting and conferring, the Parties agree to arbitrate the Claimants' claims regarding the Subject Properties.

G. The parties further agree to remand the action back to the Second Judicial District Court, Washoe County, Nevada, so that the state court will retain jurisdiction over the action pending arbitration.

**AGREEMENT**

WHEREFORE, The Parties hereby STIPULATE AND AGREE to the following:

1. The above-captioned action shall be remanded to the Second Judicial District Court, Washoe County, Nevada. The state court shall retain jurisdiction over the action pending arbitration.

2. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order but such agreement shall have no effect and shall not be considered by any Court and/or arbitrator in deciding whether to award attorneys' fees and costs to either Party in pursuit and/or in the conclusion of this Litigation as allowed under Nevada law.

IT IS SO STIPULATED.

DATED: December 13, 2018                PAYNE & FEARS LLP

By: */s/ Sarah J. Odia*
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053

Attorneys for Defendants
LENNAR RENO, LLC and LENNAR RENO, LLC dba LENNAR HOMES

DATED: December 13, 2018                MADDOX, SEGERBLOM and CANEPA, LLP

By: */s/ Ardea G. Canepa-Rotoli*
EVA G. SEGERBLOM, NV Bar No. 10749
ARDEA G. CANEPA-ROTOLI, NV Bar No. 12345

Attorneys for Plaintiffs

**ORDER**

The Court having reviewed the Parties Stipulation to Remand the above-captioned action and good cause appearing, hereby ORDERS as follows:

1. The Parties' Stipulation is approved; and
2. The U.S. District Court for the District of Nevada Case No.: 3:18-cv-00120-MMD-WGC captioned, *William G. and Melissa J. Kraus, et al. v. Lennar Reno, LLC, et al.*, is hereby remanded to the Second Judicial District Court, Washoe County, Nevada.

**IT IS SO ORDERED.**

Dated: December 13, 2018

U.S. DISTRICT COURT JUDGE

4850-0550-1314.1

-4-
STIPULATION REGARDING ARBITRATION PROTOCOL